UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10307-GAO

JEFFREY SCHRAM, individually; and E-PROBATE, LLC, a California limited liability company,
Plaintiffs,

v.

PMC INSURANCE AGENCY, INC., a Massachusetts corporation, DAVID M. MALLOY, individually, and ANDREW SHAW, individually,
Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION
June 17, 2021

O'TOOLE, S.D.J.

The magistrate judge to whom this matter was referred has filed a Report and Recommendation (dkt. no. 44) ("R&R") recommending that the Partial Motion to Dismiss filed by defendants PMC Insurance Agency, Inc., David M. Alloy, and Andrew Shaw (dkt. no. 11) be granted.

After review of the relevant pleadings and submissions, including the plaintiffs' objections to the R&R and the defendants' response thereto, I concur with the magistrate judge's analysis and proposed ruling, and therefore ADOPT the R&R in its entirety.

The plaintiffs' objection that facts alleged in the Amended Complaint were overlooked by the magistrate judge is not accurate. The plaintiffs' motion to amend the complaint was filed while the partial motion to dismiss was pending. The magistrate judge granted leave to amend as the defendants did not oppose the motion provided that their motion to dismiss and supporting memorandum would be considered to address the Amended Complaint. (See (dkt. no. 42) ("Consistent with the parties stipulation and understanding, the defendants' pending partial motion

to dismiss shall be applied to the proposed (and now operative) amended complaint, and the court will consider in support of that motion the defendants' arguments contained in their response to the motion to amend").)

I agree with the magistrate judge's analysis that the plaintiff's Amended Complaint does not satisfy the heightened pleading standard of Fed. R. Civ. P. 9(b). The Amended Complaint provides no basis for a reasonable inference that the defendants knowingly and intentionally misled Dr. Schram in 2017 when the agreement was made. The factual allegations of the Amended Complaint properly and adequately allege plausible claims under the legal theories severally alleged in Counts I, II, and III.

Accordingly, the defendants' Partial Motion to Dismiss (dkt. no. 11) is GRANTED, the plaintiffs' claims of fraud (Count IV) and negligent misrepresentation (Count V) are dismissed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge